Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
Caitlin J. Scott, Esq. (State Bar No. 310619)
Tristan P. Jankowski, Esq. (State Bar No. 290301)
**MANNING LAW, APC**
4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
Office: (949) 200-8755
Fax: (866) 843-8308
ADAPracticeGroup@manninglawoffice.com

Attorneys for Plaintiff DESMOND DELGADILLO,

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESMOND DELGADILLO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>G6 HOSPITALITY LLC d/b/a MOTEL 6, a Delaware corporation,<br><br>Defendant. | Case No.: 2:17-cv-00810-CAS (Ex)<br><br>Hon. Christina A. Snyder<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: February 1, 2017<br>Trial Date: None Set |

Please take notice that Plaintiff, DESMOND DELGADILLO and Defendant, G6 HOSPITALITY LLC, by and through their counsel of record, have reached a settlement and are presently drafting, finalizing, and executing the formal settlement documents. A stipulaton of dismissal will be promptly filed upon execution of a final settlement agreement.

## **CERTIFICATE OF SERVICE**

I certify that on April 28, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

Respectfully submitted,

Dated: April 28, 2017                              **MANNING LAW, APC**

By:   */s/ Joseph R. Manning, Jr., Esq.*
        Joseph R. Manning, Jr., Esq.
        Caitlin J. Scott, Esq.
        Tristan P. Jankowski

        Attorneys for Plaintiff,
        DESMOND DELGADILLO