# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESMOND DELGADILLO, an individual,<br><br>                    Plaintiff,<br><br>          v.<br><br>G6 HOSPITALITY LLC d/b/a MOTEL 6, a Delaware corporation,<br><br>                    Defendant. | Case No. 2:17-cv-00810 AB (Ex)<br><br>**ORDER OF DISMISSAL OF ENTIRE CASE WITH PREJUDICE**<br><br>Complaint Filed: February 1, 2017<br>Trial Date:         None<br>District Judge:   Hon. André Birotte Jr.<br>Place:               Courtroom 7B, First St. |

The Court, having considered the Joint Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) jointly filed by the parties, finds that this action shall be dismissed with prejudice.  Each party is to bear his or its own attorneys' fees, costs, and expenses.

**IT IS SO ORDERED.**

Dated  June 27, 2017

_____
Honorable André Birotte Jr.
UNITED STATES DISTRICT COURT